# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| WILLIAMS L. REYNOLDS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:13-CV-00060-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| LEWIS SMITH, Administrator, | ) | |
| Albemarle Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2014, Order.

March 14, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court